IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR269 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS O. TAYLOR, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Scott C. Zarzycki, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Thomas O. Taylor is now confined in the Cuyahoga County Jail, Cleveland, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and pursuant to said charge is to appear for Arraignment on June 28, 2018, at 12:30 p.m. before the Honorable Judge Dan Aaron Polster in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland, and/or ATF and/or the Ohio Department of Rehabilitation and Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said

charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

            Respectfully submitted,

            JUSTIN E. HERDMAN
            United States Attorney

By:   /s/ Scott Zarzycki
       Scott Zarzycki (OH: 0072609)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3971
       (216) 522-7358 (facsimile)
       Scott.Zarzycki@usdoj.gov

I, Scott C. Zarzycki, do declare under penalty of perjury that the foregoing is true and correct.

            s/ Scott C. Zarzycki
            Scott C. Zarzycki
            Assistant United States Attorney

Executed on June 14, 2018.