IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <u>SUPERSEDING</u> |
| | ) <u>INDICTMENT</u> |
| Plaintiff, | ) |
| | ) JUDGE DAN A. POLSTER |
| v. | ) |
| | ) CASE NO. 1:18CR269 |
| THOMAS O. TAYLOR, | ) |
| | ) Title 18, Sections 922(g)(1) and 924(a)(2), |
| Defendant. | ) United States Code |

<u>COUNT 1</u>
(Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about March 25, 2018, in the Northern District of Ohio, Eastern Division, Defendant THOMAS O. TAYLOR, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Drug Trafficking, in case number CR-12-568352, in the Court of Common Pleas, Cuyahoga County, Ohio, on or about March 18, 2013; and Drug Trafficking, in case number CR-07-494560, in the Court of Common Pleas, Cuyahoga County, Ohio, on or about April 26, 2007, did knowingly possess in and affecting interstate and foreign commerce, a firearm, specifically a Taurus, Model Millennium PT 140 Pro, .40 caliber semi-automatic handgun, serial number SBW86926, and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

2. On or about June 9, 2018, in the Northern District of Ohio, Eastern Division, Defendant THOMAS O. TAYLOR, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Drug Trafficking, in case number CR-12-568352, in the Court of Common Pleas, Cuyahoga County, Ohio, on or about March 18, 2013; and Drug Trafficking, in case number CR-07-494560, in the Court of Common Pleas, Cuyahoga County, Ohio, on or about April 26, 2007, did knowingly possess in and affecting interstate and foreign commerce, a firearm, specifically a Glock 43, 9 mm caliber semi-automatic handgun, serial number BBYK503, and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.