**MARSHAL RETURN**

I have further executed this writ on 6/28/18 by taking custody of the within named Thomas Taylor at the Cuyahoga Co Jail and conveyed him to the USMS/NOH at Cleveland, OH 44113

U.S. MARSHAL
NORTHERN DISTRICT / OHIO

*Nicole St. Angelo*
DEPUTY U.S. MARSHAL
Operations Support Specialist

returned to Cuyahoga Co Jail 6/28/18

**MARSHAL RETURN**

I have further executed this writ on 7/5/2018 by taking custody of the within named Thomas Taylor at the Cuyahoga Co Jail and conveyed him to the US Marshals at Cleveland, OH

U.S. MARSHAL
NORTHERN DISTRICT / OHIO

DEPUTY U.S. MARSHAL

Returned to Cuyahoga Co Jail 7/5/18

**MARSHAL RETURN**

I have further executed this writ on 7/24/2018 by taking custody of the within named Thomas Taylor at the Cuyahoga Co Jail and conveyed him to the US Marshals at Cleveland, OH

U.S. MARSHAL
NORTHERN DISTRICT / OHIO

DEPUTY U.S. MARSHAL

Cuyahoga County Case Dismissed 7/24/18